IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------- :
LARS ST. JOHN, : CASE NO. 1:05 CV 02357
:
Plaintiff :
: <u>JUDGMENT ENTRY</u>
-vs- :
:
:
:
DR. SPIRO PANTZOULOUS, :
:
Defendant. :
---------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This Court, having contemporaneously entered its Memorandum and Order Denying Plaintiff's Motion for Leave to Amend and Dismissing the Matter Sua Sponte for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1), hereby enters judgment in favor of defendant Dr. Spiro Pantzoulous and against plaintiff Lars St. John.

    IT IS SO ORDERED.

                                                /s/ Lesley Wells
                                       UNITED STATES DISTRICT JUDGE

Dated: <u>12 December 2005</u>